IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLORIA BALLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 10-cv-00330 |
| v. | ) |
| | ) Judge Ronald A. Guzman |
| FIDELITY NATIONAL FINANCIAL, INC., d/b/a | ) |
| CHICAGO TITLE INSURANCE COMPANY, an | ) |
| Illinois Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Gloria Ballard, and Defendant, Chicago Title Insurance Company, identified as Fidelity National Financial, Inc., d/b/a Chicago Title Insurance Company, through their undersigned counsel, hereby stipulate and agree that this action is to be dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees.

Plaintiff
GLORIA BALLARD

s/Dennis R. Favaro (with consent)
Dennis R. Favaro
Andrew H. Haber
Favaro & Gorman, Ltd.
835 Sterling Ave., Suite 100
Palatine, IL 60067
Telephone: (847) 934-0060
Fax: (847) 934-6899
dfavaro@favarogorman.com
ahaber@favarogorman.com

Defendant
CHICAGO TITLE INSURANCE COMPANY,
identified as Fidelity National Financial, Inc.,
d/b/a Chicago Title Insurance Company

s/Laura C. Garofalo
Robert W. Vyverberg
Laura C. Garofalo
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Fax: (312) 578-6666
robert.vyverberg@hklaw.com
laura.garofalo@hklaw.com